1
2
3
4
5
6
7
8                UNITED STATES  DISTRICT COURT
9                 Northern District of California
10                    San Francisco Division
11   MARCELLUS GREEN,                      No. C 12-05929 LB

12              Plaintiff,          **ORDER DISMISSING WITHOUT**
                                    **PREJUDICE PLAINTIFF'S ACTION**
        v.
13                                  [Re: ECF No. 13]
     ALAMEDA COUNTY; GREGORY
14   AHEARN in his capacity as Sheriff for
     Alameda County; DOES 1-25, individually
15   and in their capacities as Deputy Sheriffs for
     Alameda County,
16
17              Defendants.
     _____/

18      Plaintiff Marcellus Green filed a complaint against, according to the caption, defendants

19   Alameda County, Alameda County Sheriff Gregory Ahern (in his official capacity), and Does 1-25

20   (who allegedly are deputy sheriffs in Alameda County).  Complaint, ECF No. 1 at 1.[1]  Alameda

21   County and Sheriff Ahern moved to dismiss Mr. Green's complaint, to strike one of Mr. Green's

22   causes of action and one of his requests for relief, and, if the complaint was not dismissed, for a

23   more definite statement.  Motion, ECF No. 5.  On February 25, 2013, the court granted Defendants'

24   motion, dismissed without prejudice Mr. Green's complaint, and allowed Mr. Green leave to file a

25   First Amended Complaint no later than March 14, 2013.  2/25/2013 Order, ECF No. 13.  Mr. Green

26   has yet to file a First Amended Complaint, and it is now past the court's deadline to do so.  And the

27   _____

28      [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-
     generated page numbers at the top of the document.

1   court has received no indication that Mr. Green intends to prosecute this action.  *See generally*

2   Docket.

3       A court may dismiss an action based on a party's failure to prosecute an action.  *Ferdik v.*

4   *Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).  In determining whether to dismiss a claim for

5   failure to prosecute or failure to comply with a court order, the court weighs the following factors:

6   (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its

7   docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic

8   alternatives; and (5) the public policy favoring disposition of cases on their merits.  *Pagtalunan v.*

9   *Galaza,* 291 F.3d 639, 642 (9th Cir. 2002) (citing *Ferdik*, 963 F.2d at 1260-61); *Ghazali v. Moran,*

10  46 F.3d 52, 53 (9th Cir. 1995).  These factors are a guide and "are 'not a series of conditions

11  precedent before the judge can do anything.'"  *In re Phenylpropanolamine (PPA) Products Liability*

12  *Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006) (quoting *Valley Eng'rs Inc. v. Elec. Eng'g Co.,* 158

13  F.3d 1051, 1057 (9th Cir. 1998)).  Dismissal is appropriate "where at least four factors support

14  dismissal, . . . . or where at least three factors 'strongly' support dismissal."  *Hernandez v. City of El*

15  *Monte,* 138 F.3d 393, 399 (9th Cir. 1998) (quoting *Ferdik*, 963 F.2d at 1263).

16      Here, four factors favor support dismissal.  Mr. Green has not filed a First Amended Complaint,

17  even though it already past the court's deadline for doing so.  This certainly is not "expeditious

18  litigation," and the court must keep the cases on its docket moving.  There also is no risk of

19  prejudice to the defendants, and the court already tried to move this case along by issuing an order

20  that clearly explained to Mr. Green the deficiencies in his complaint and gave him leave to file an

21  amended one.

22      In sum, the court concludes that four of the five relevant factors weigh in favor of dismissal.

23  Accordingly, the court **DISMISSES WITHOUT PREJUDICE** Mr. Green's action for failure to

24  prosecute.  The Clerk of the Court shall close the file.

25      **IT IS SO ORDERED.**

26  Dated: March 19, 2013

27  _____
    LAUREL BEELER
28  United States Magistrate Judge